IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| UNA MAHAR,<br><br>　　　　Plaintiff,<br><br>　-vs-<br><br>RUSSELL COUNTRY INVESTORS, LLD; EDGELL BUILDING, INC.; BLACKFOOT CUSTOM BUILDERS LP, and DOES 1-15,<br><br>　　　　Defendants.<br>_____ | Cause No. 20-26-GF-BMM<br><br>JUDGE: Brian Morris<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

UPON MOTION OF PLAINTIFF AND GOOD CAUSE APPEARING THEREFROM; IT IS HEREBY ORDERED the above captioned cause of action is dismissed with prejudice, with each party bear its own costs and fees

Dated this 14th day of October, 2021.

_____
Brian Morris, Chief District Judge
United States District Court